LIBMAN CONTRACTING CO., Appellant, v. DAVID M. OLTARSH IRON WORKS, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by the Libman Contracting Company against the David M. Oltarsh Iron Works. A. J. Wolff, of New York City, for appellant. A. T. Sapinsky, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LINDEBERG et al. v. HODGENS. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Harrie T. Lindeberg and others against Thomas M. Hodgens. No opinion. Application denied, with $10 costs. Order signed. See, also, 89 Misc. Rep. 454, 152 N. Y. Supp. 229.

LINDEMAN v. RICHTER. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Katherine F. Lindeman, as executrix, etc., against Helena M. Richter. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1124.

LINK REALTY & CONSTRUCTION CO., Respondent, v. PUBLIC CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 5, 1915.) Action by the Link Realty & Construction Company against the Public Construction Company and others. No opinion. Reargument (in 153 N. Y. Supp. 1032), ordered, and case set down for Friday, May 7, 1915.

L. MEISEL & CO. v. NATIONAL JEWELERS' BOARD OF TRADE. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by L. Meisel & Co. against the National Jewelers' Board of Trade. No opinion. Application granted. Order signed. See, also, 90 Misc. Rep. 19, 152 N. Y. Supp. 913.

L. N. GROSS CO., Respondent, v. AACHEN & MUNICH FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by the L. N. Gross Company against the Aachen & Munich Fire Insurance Company. J. J. McKelvey, of New York City, for appellant. R. Wolf, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

L. N. GROSS CO., Respondent, v. ALBANY INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by the L. N. Gross Company against the Albany Insurance Company. J. J. McKelvey, of New York City, for appellant. R. Wolf, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LOCOMOBILE CO. v. NICHOLS. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by the Locomobile Company against Edwin Nichols. No opinion. Motion denied with $10 costs. Order filed. See, also, 153 N. Y. Supp. 227.

LOEB, COONEY & LOEB v. JOHNSON-SALKELD CO. (Supreme Court, Appellate Division. First Department. June 11, 1915.) Action by Loeb, Cooney & Loeb against the Johnson-Salkeld Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 152 N. Y. Supp. 1046.

LO RE, Respondent, v. FEDERMAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Vincent Lo Re against Philip Federman and Carl Rieger. No opinion. Motion for reargument (in 151 N. Y. Supp. 1127) denied, with $10 costs. See, also, 152 N. Y. Supp. 1124.

LORENZEN, Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by Alice M. Lorenzen, as administratrix, etc., of Peter Lorenzen, deceased, against the Edison Electric Illuminating Company of Brooklyn.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence.

JENKS, P. J., not voting.

LUBITZ, Appellant, v. MATHES, Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Mary Lubitz against Peter Mathes.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order of the County Court of Kings County modified, by providing as a condition of opening the default that defendant pay the costs absolutely within 10 days from entry of this order, the judgment to stand as security, and, as so modified, affirmed, without costs.

McCADDON v. MEXICAN NAT. PACKING CO. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Joseph T. McCaddon against the Mexican National Packing Company. No opinion. Motion granted, with $10 costs. Order filed.

McCANN, Appellant, v. VAN LOON, Respondent. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Catherine McCann against Arthur B. Van Loon. No opinion. Judgment and order unan-